## Case No. 9,261.

### MASSETT v. MAXWELL.

[Cited in Crookes v. Maxwell. Case No. 3,415. Nowhere reported; opinion not now accessible.]